42252. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. SEWELL, by Next Friend.

JORDAN, Judge. Under the decision of this court in *Georgia Life &c. Ins. Co. v. Sewell,* 113 Ga. App. 443 (1) (148 SE2d 447), which involved the same plaintiff and the same accident and a similar policy provision, the excerpt from the charge complained of was not erroneous for any reasons enumerated, and

since the evidence, differing only slightly from that in the above stated case, did not demand a verdict for the defendant the trial court did not err in denying defendant's motion for directed verdict and the subsequent motion for a new trial. *Judgment affirmed. Bell, P. J., and Eberhardt, J., concur.*

SUBMITTED SEPTEMBER 6, 1966—DECIDED SEPTEMBER 16, 1966— REHEARING DENIED SEPTEMBER 23, 1966—

*Heard & Leverett, E. Freeman Leverett,* for appellant.
*McClure, Ramsay & Struble, Robert B. Struble, Joseph S. Skelton,* for appellee.